# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Corinna Sullivan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>　　　　Defendant. | NO. CV-22-00061-TUC-JGZ (BGM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal. The Plaintiff's individual claims are dismissed with prejudice. The putative class claims are dismissed without prejudice. Each party will bear its own costs and fees.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 22, 2025

　　　　　　　　　　　　　　　　　　s/ V Santamaria
　　　　　　　　　　　　　　By　　Deputy Clerk